# APPENDIX 3G

```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

------------------------------------------

UNITED STATES OF AMERICA,



                        Plaintiff;

    v.                                      CRIMINAL ACTION
                                                92CR68
RICHARD TIPTON, CORY JOHNSON,
JAMES H. ROANE, JR., AND
SANDRA REAVIS,
                        Defendants.

------------------------------------------
                        VOLUME XXIV

                    February 15, 1993
                    Richmond, Virginia
                        9:30 a.m.

BEFORE:        HONORABLE JAMES R. SPENCER
               United States District Judge


APPEARANCES:   HOWARD C. VICK, JR., ESQ.
               WILLIAM H. PARCELL, III, ESQ.
               Office of the United States Attorney;
                   Counsel for Government;

               ROBERT P. GEARY, ESQ.
               ERIC D. WHITE, ESQ.
                   Counsel for Defendant Tipton;
               CRAIG S. COOLEY, ESQ.
               JOHN F. McGARVEY, ESQ.
                   Counsel for Defendant Johnson;
               DAVID P. BAUGH, ESQ.
               ARNOLD R. HENDERSON, V, ESQ.
                   Counsel for Defendant Roane;
               ROBERT J. WAGNER, ESQ.
                   Counsel for Defendant Reavis.
                   JEFFREY B. KULL
               OFFICIAL COURT REPORTER
```

                        P-R-O-C-E-E-D-I-N-G-S

THE CLERK:  92CR68:  United States of America versus Richard Tipton, Cory Johnson, and

James H. Roane, Jr., the twenty-fourth day of trial. Are counsel ready to proceed?

MR. VICK:  The government is ready.

MR. GEARY:  Defendant Tipton is ready.

MR. COOLEY:  Defendant Johnson is ready.

MR. BAUGH:  Defendant Roane is ready, Your Honor.

THE COURT:  All right.  Let's bring in the jury, please.

(The jury entered the courtroom.)

All right.  The Court is once again in session and the jury may commence its deliberations again. Everyone remain seated while the jury leaves the courtroom.

(The jury left the courtroom.)

All right, Mr. Marshal, you may remove the defendants.

(The defendants were removed from the courtroom.)

All right.  We inquired of the jury whether it was comfortable in the jury room and they have indicated that it is.  So they are all right.

4020

(Recess taken from 9:39 a.m. to 5:25 p.m.)

THE COURT:  Bring in the jury, please.

(The jury entered the courtroom.)

All right.  We are going to stop here.  It is 5:30 or thereabouts.  And we will have you come back in tomorrow at 9:30 to start your deliberations again.  Remember all of my previous admonitions. They continue.  Abide by them.  Do not discuss the matter with anyone outside the jury and do not deliberate outside of the Court being called in session.  We will see you tomorrow morning at 9:30 a.m.  Everyone remain seated while the jury leaves the courtroom.

(The jury left the courtroom.)

Mr. Marshal, you can remove the defendants.

(The defendants were removed from the courtroom.)

All right.  We will be in adjournment until 9:30 tomorrow morning.

(Proceedings adjourned at 5:30 p.m.)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-----------------------------------------

UNITED STATES OF AMERICA,

                        Plaintiff;

      v.                              CRIMINAL ACTION
                                         92CR68
RICHARD TIPTON, CORY JOHNSON,
JAMES H. ROANE, JR., AND
SANDRA REAVIS,
                        Defendants.

-----------------------------------------
                    VOLUME XXV

                February 16, 1993
                Richmond, Virginia
                    9:30 a.m.

BEFORE:        HONORABLE JAMES R. SPENCER
               United States District Judge


APPEARANCES:   HOWARD C. VICK, JR., ESQ.
               WILLIAM H. PARCELL, III, ESQ.
               Office of the United States Attorney;
                    Counsel for Government;

               ROBERT P. GEARY, ESQ.
               ERIC D. WHITE, ESQ.
                    Counsel for Defendant Tipton;
               CRAIG S. COOLEY, ESQ.
               JOHN F. McGARVEY, ESQ.
                    Counsel for Defendant Johnson;
               DAVID P. BAUGH, ESQ.
               ARNOLD R. HENDERSON, V, ESQ.
                    Counsel for Defendant Roane;
               ROBERT J. WAGNER, ESQ.
                    Counsel for Defendant Reavis.
               JEFFREY B. KULL
               OFFICIAL COURT REPORTER

                    P-R-O-C-E-E-D-I-N-G-S
          THE CLERK:  Criminal Action Number 92CR68:
United States of America versus Richard Tipton, Cory

Johnson, and James H. Roane, Jr., the twenty-fifth day of trial. Are counsel ready to proceed?

MR. VICK: The government is ready to proceed.

MR. GEARY: Defendant Tipton is ready.

MR. McGARVEY: Defendant Johnson is ready, Your Honor.

MR. BAUGH: Defendant Roane is ready, Your Honor.

THE COURT: All right. Bring in the jury, please.

(The jury entered the courtroom.)

All right. The Court is once again in session, and the jury may continue its deliberations. Everyone remain seated while the jury leaves the courtroom.)

(The jury left the courtroom.)

Mr. Marshal, you may remove the defendants.

(The defendants were removed from the courtroom.)

(Recess taken from 9:35 a.m. to 1:30 p.m.)

THE COURT: All right. I am informed the jury has reached a decision. Bring in the jury, please.

(The jury entered the courtroom.)

All right. Will the Foreperson please rise? I understand that you all have reached a decision?

THE FOREPERSON: Yes, we have.

(Document proffered to Court and Clerk for publication.)

(Court perusing document.)

All right. I've reviewed the findings. The special findings are in order. The Clerk will read the decision forms. The special findings will be available to counsel after the decisions have been indicated.

THE CLERK: Ladies and gentlemen of the jury, these are your verdicts: If the defendant Tipton will please stand.

(The defendant stood.)

Criminal Action Number 92CR68-01: United States of America versus Richard Tipton, also known as "Whitey." As to the crime of killing Douglas A. Talley while engaged in or in furtherance of a Continuing Criminal Enterprise, we the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime. We further find unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to this crime and this defendant sufficiently

outweigh any mitigating factors, and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that Richard Tipton shall be sentenced to death for this capitol crime.  Signed by the Foreperson, Margaret Griffiths, 2-13-93.

As to the crime of killing Bobby Long while engaged in or in furtherance of a Continuing Criminal Enterprise:  D.  We the jury, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime.  We therefore return a decision that Richard Tipton not be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-13-93.

As to the crime of killing Anthony Carter while engaged in or in furtherance of a Continuing Criminal Enterprise:  D.  We the jury, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously

4025

persuaded that a death sentence should be imposed for this capital crime.  We therefore return a decision that Richard Tipton not be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, 2-13-93.

As to the killing of Dorothy Mae Armstrong while engaged in or in furtherance of a Continuing Criminal Enterprise:  D.  We the jury, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime.  We therefore return a decision that Richard Tipton not be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-13-93.

As to the crime of killing Curtis Thorne while engaged in or in furtherance of a Continuing Criminal Enterprise:  B.  We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further find unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to this crime and this defendant sufficiently outweigh any

4026

mitigating factors, and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that Richard Tipton shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-13-93.

As to the crime of killing Linwood Chiles while engaged in or in furtherance of a Continuing Criminal

Enterprise:  B.  We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further find unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to this crime and this defendant sufficiently outweigh any mitigating factors and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that Richard Tipton shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-13-93.

The certificate has been executed by the jurors and will be on file with the Court.

(The defendant resumed his seat.)

If defendant Cory Johnson will please stand.

(The defendant stood.)

4027

Criminal Case Number 3:92CR68-02:  United States of America versus Cory Johnson, also known as "O," also known as "C.O."  As to the crime of killing Peyton Maurice Johnson while engaged in or in furtherance of a Continuing Criminal Enterprise:  B. We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further find unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to this crime and this defendant sufficiently outweigh any mitigating factors, and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that Cory Johnson shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-15-93.

As to the crime of killing Louis J. Johnson, Jr. while engaged in or in furtherance of a Continuing Criminal Enterprise:  B.  We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further

4028

find unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to this crime and this defendant sufficiently outweigh any mitigating factors, and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that Cory Johnson shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-15-93.

As to the crime of killing Bobby Long while

engaged in or in furtherance of a Continuing Criminal Enterprise:  B.  We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further find unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to this crime and this defendant sufficiently outweigh any mitigating factors, and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that Cory Johnson shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-15-93.

As to the crime of killing Anthony Carter while engaged in or in furtherance of a Continuing Criminal

4029

Enterprise:  B.  We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further find unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to this crime and this defendant sufficiently outweigh any mitigating factors, and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that Cory Johnson shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-15-93.

As to the crime of killing Dorothy Mae Armstrong while engaged in or in furtherance of a Continuing Criminal Enterprise:  B.  We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further find unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to this crime and this defendant sufficiently outweigh any mitigating factors, and are themselves so serious that justice mandates a sentence of death.  We vote

4030

unanimously that Cory Johnson shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-15-93.

As to the crime of killing Curtis Thorne while engaged in or in furtherance of a Continuing Criminal Enterprise:  B.  We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further find unanimously and beyond a reasonable doubt that the

aggravating factors proven in this case as to this crime and this defendant sufficiently outweigh any mitigating factors, and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that Cory Johnson shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-15-93.

As to the crime of killing Linwood Chiles while engaged in or in furtherance of a Continuing Criminal Enterprise:  B.  We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further find

unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to this crime and this defendant sufficiently outweigh any mitigating factors and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that Cory Johnson shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-15-93.

The certificate has been completed and will be on file with the Court.

You may be seated.

(The defendant resumed his seat.)

If defendant Roane will please stand.

(The defendant stood.)

Criminal Case Number 3:92CR68-03:  United States of America versus James H. Roane, Jr., also known as "J.R."  As to the crime of killing Douglas Moody while engaged in or in furtherance of a Continuing Criminal Enterprise:  B.  We the jury unanimously find beyond a reasonable doubt that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government as to this capital crime.  We further find unanimously and beyond a reasonable doubt that the aggravating factors proven in this case as to

this crime and this defendant sufficiently outweigh any mitigating factors, and are themselves so serious that justice mandates a sentence of death.  We vote unanimously that James H. Roane, Jr. shall be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-16-93.

As to the crime of killing Peyton Maurice Johnson while engaged in or in furtherance of a Continuing Criminal Enterprise:  D.  We the jury, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime.  We

therefore return a decision that James H. Roane, Jr. not be sentenced to death for this capital crime. Signed by the Foreperson, Margaret Griffiths, dated 2-16-93.

As to the crime of killing Louis J. Johnson, Jr. while engaged in or in furtherance of a Continuing Criminal Enterprise:  D.  We the jury, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed for this capital crime.  We therefore return a decision that James H. Roane, Jr. not be sentenced to death for this capital crime.  Signed by the Foreperson, Margaret Griffiths, dated 2-16-93.

The certificate has been completed and will be on file with the Court.

You may be seated.

(The defendant resumed his seat.)

Ladies and gentlemen of the jury, are these your verdicts?

(Affirmative response.)

THE CLERK:  Do counsel wish the jury polled?

MR. WHITE:  On behalf of defendant Tipton, yes, sir.

THE CLERK:  Ladies and gentlemen of the jury, if these are your verdicts, as I call your name, please respond by answering yes:

Victor M. Catlett.

JUROR CATLETT:  Yes.

John E. Coleman, Sr.

JUROR COLEMAN:  Yes.

Edward Cooke.

JUROR COOKE:  Yes.

Debra J. Dabney.

JUROR DABNEY:  Yes.

Nina S. Eike.

JUROR EIKE:  Yes.

Bonita S. Faircloth.

JUROR FAIRCLOTH:  Yes.

Margaret M. Griffiths.

JUROR GRIFFITHS:  Yes.

Charles V. Guthrie, Sr.

JUROR GUTHRIE:  Yes.

Jerome Harrison.

JUROR HARRISON:  Yes.

Connie E. Harvey.

JUROR HARVEY:  Yes.

Francis P. Hodson.

JUROR HODSON:  Yes.

Thomas C. Jackson.

JUROR JACKSON:  Yes.

THE COURT:  All right.  Ladies and gentlemen, before I release you, I just want to make some comment on your efforts that you put out over the course of the last few weeks.  You carried out your awesome responsibility with diligence, intelligence, and courage.  And I don't think in all of my 20 years as a lawyer, as a defense lawyer, a prosecutor, and a Judge, that I have seen a jury that was more attentive.  I must say, if I could paraphrase the hymn:  If I had a thousand tongues, I would be unable to adequately express our gratitude.  All I can say is thank you very much.

You all may be excused.

(The jury left the courtroom.)

What about May 18th?

MR. VICK:  That's fine with the government, Your Honor.

MR. BAUGH:  That's fine, Your Honor.

MR. GEARY:  That's fine.

THE COURT:  Hearing no objection, we will set it for 9 o'clock.

(Sentencing Documents proffered to counsel and defendants and executed.)

MR. BAUGH:  May we approach?

(Conference held off the record at the request of Mr. Baugh.)

(Sentencing Documents proffered to Court.)

All right.  The matters of United States versus Richard Tipton, James H. Roane, Jr., and Cory Johnson have been set for sentencing to commence at 9 o'clock a.m. on May 18th, 1993.  We will be in adjournment.

Mr. Marshal, remove the defendants, and everybody stand in place while they do.

(The defendants were removed from the courtroom.)

Court stands adjourned.

(Proceedings adjourned at 2:10 p.m.)

CERTIFICATE OF REPORTER

I, Jeffrey B. Kull, CP, RPR, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____
JEFFREY B. KULL, CP, RPR

_____
DATE