# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 20, 2016

_____

## RESPONSE REQUESTED
_____

No. 16-13,    In re: Cory Johnson
3:92-cr-00068-JRS-2

TO:    Richard Daniel Cooke

RESPONSE DUE: 06/21/2016

Response is required to the motion for authorization to file successive habeas application on or before 06/21/2016.

RJ Warren, Deputy Clerk
804-916-2702