## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
### 1440 NEW YORK AVENUE, N.W.
### WASHINGTON, D.C. 20005-2111

———

TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
(202) 371-7983
DIRECT FAX
(202) 661-9063
EMAIL ADDRESS
DONALD.SALZMAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

Monday, June 20, 2016

Patricia Connor, Clerk of the Court
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, 5th Floor
United States Courthouse Annex
Richmond, Virginia 23219

Re: *In re Corey Johnson*, Appellate No. 16-13

Dear Ms. Connor:

I respectfully request that you allow this letter to serve as a motion to supplement Corey Johnson's Application to File a Successive Motion Under 28 U.S.C. § 2255 Pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015) (hereafter "Application") in the above-captioned case with the following supplemental authority. Specifically, Mr. Johnson would like to call the Court's attention to *In re Jackson*, No. 16-10 (4th Cir. June 16, 2016), *In re Basham*, No. 16-5 (4th Cir. June 17, 2016), and *In re Fulks*, No. 16-9 (4th Cir. June 17, 2016), in which the Court, on the day before Corey Johnson filed his pending Application (*Jackson*) and on the same afternoon that he filed his pending Application (*Basham* and *Fulks*), authorized three petitioners to file second or successive § 2255 motions in the district court in federal capital cases.

The petitioner in *In re Jackson*, *In re Basham*, and *In re Fulks* were each convicted and sentenced to death for using a firearm during a federal "crime of violence." The underlying crimes of violence in the *Jackson* case were murder, kidnapping, and aggravated sexual assault. The underlying crimes of violence in the *Basham* case were carjacking resulting in death and kidnapping resulting in death. The underlying crimes of violence in the *Fulks* case were carjacking and kidnapping.

Respectfully submitted,

/s/Donald P. Salzman
Donald P. Salzman
1440 New York Ave. NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

Counsel for Corey Johnson

# **CERTIFICATE OF SERVICE**

I certify that on June 20, 2016 the foregoing letter of supplemental authority was served on all parties or their counsel of record through the court's CM/ECF system.

/s/Donald P. Salzman
Donald P. Salzman